IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| Sandra Allen, Individually and on behalf of all other similarly situated,<br><br>Plaintiffs,<br><br>STANFORD INTERNATIONAL BANK LTD., STANFORD GROUP COMPANY, STANFORD CAPITAL MANAGEMENT, LLC, R. ALLEN STANFORD, JAMES M. DAVIS, and LAURA PENDERGEST-HOLT,<br><br>Defendants. | Case No.: 3:-09-cv-00108-JVP-DLD |

## ORDER GRANTING JOINT MOTION TO ADMINISTRATIVELY CLOSE CASE

This matter came before me, the undersigned United States District Judge, on the parties' "Joint Motion to Administratively Close Case." It appears that this Joint Motion to is both necessary and appropriate.

IT IS THEREFORE ORDERED that:

1. The Motion is granted in all respects;

2. This case is administratively closed until further notice, and the parties are ordered to prepare and submit a joint status letter directly to the Court every ninety (90) days from the date of this order to update the Court on the status of the proceedings in the Northern District of Texas. It is further ordered that either party can move this Court to remove this case from the administratively closed status should the injunction be lifted by the Court in the SEC case pending in the Northern District of Texas, or upon good cause shown. In such an event,

counsel for the moving party shall give counsel for the other party two (2) business days notice of their intention to file such a motion.

      3.      All deadlines in this case, including the deadlines for service of the suit upon the Defendants found under the applicable Federal Rules of Civil Procedure, are hereby stayed until the case is removed from the administratively closed status.

So Ordered and signed, this 18th day of March 2009.

                                            James J. Brady for
                                            U.S. D.J.

                                            HONORABLE JOHN PARKER
                                            UNITED STATES DISTRICT JUDGE